**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:22-cv-1952

Asphalt Recovery Specialists, Inc.,
Seder Investment LLC, Steven Seder,
and Karen Seder

                Plaintiffs,

vs.

Arthur J. Gallagher & Co., d/b/a
Gallagher Centennial Insurance Agency,

                Defendant.

## NOTICE OF SERVICE

Notice is given that on this date, Defendant served via email Defendant's Designation of Expert Witnesses upon Dennis B. Polk, and all attorneys who have appeared herein as attorney for Plaintiffs.

        Respectfully submitted,

        */s/ Deanne C. Ayers*
        Deanne C. Ayers
        *Colorado Attorney Registration Number 53729*
        E-mail: dayers@ayersfirm.com
        Also Licensed: Arizona| Colorado| Massachusetts| New York| Oklahoma| South Dakota| Texas
        4205 Gateway Dr., Suite 100
        Colleyville, Texas 76034
        Telephone: (817) 267-9009/
        Facsimile: (817) 318-0663
        *ATTORNEY FOR DEFENDANT ARTHUR J. GALLAGHER & CO. d/b/a GALLAGHER CENTENNIAL INSURANCE AGENCY*

## CERTIFICATE OF SERVICE

       I hereby certify that on March 23, 2023, the foregoing was filed and automatically served via the Court's CM/ECF system upon Dennis B. Polk, and all attorneys who have appeared herein as attorney for Plaintiffs.

                                                  */s/ Deanne C. Ayers*